10-CV-05733-ORD

FILED ____ LODGED
RECEIVED

MAR 23 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMMY SUE VILLA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 3:10-CV-05733-RBL-KLS<br><br><br><br>PROPOSED ORDER OF REMAND |

Based on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom and the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will re-evaluate the medical evidence as a whole. The ALJ will reevaluate both Plaintiff's impairments at step two and residual functional capacity. The ALJ will reconsider Plaintiff's subjective allegations. If necessary, the ALJ will provide a new step four and five analysis. The ALJ will obtain vocational expert testimony. Upon proper presentation, the Court

Page 1    PROPOSED ORDER OF REMAND - [3:10-CV-05733-RBL-KLS]

1  will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act and
2  406(b), if appropriate.
3  DATED this ___ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE for RBL

Presented by:

s/ L. Jamala Edwards
_____
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
jamala.edwards@ssa.gov