# United States District Court

WESTERN DISTRICT OF WASHINGTON

TAMMY SUE VILLA,

v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

Case No. 3:10-CV-05733 RBL/KLS

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, this case is reversed and remanded for further administrative proceedings.

|  |  |
|---|---|
| March 24, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |